**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7114**

---

FREDDIE WOODS,

                                  Plaintiff - Appellant,

    versus

MICHAEL MOORE, Director; BETTY J. SHEALY;
EDSEL T. TAYLOR; FRANK CHANDLER; RUTHIE GREEN,

                                Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CA-96-3135-3-19BC)

---

Submitted: December 11, 1997    Decided: December 30, 1997

---

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Freddie Woods, Appellant Pro Se. Paul Lee Reeves, LEWIS, REEVES & STONE, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>Woods v. Moore</u>, No. CA-96-3135-3-19BC (D.S.C. July 29, 1997). To the extent Appellant claims his Parole Revocation Order is erroneous and that he has two inmate identification numbers, we find these claims meritless because Appellant failed to establish that he has been deprived of "any rights, privileges, or immunities secured by the Constitution and laws . . . ." 42 U.S.C. § 1983. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>